UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THOMAS E. WHATLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TELECHECK SERVICES, INC., and TRS RECOVERY SERVICES, INC., <br><br> Defendants. | Case No.: 4:17-cv-00133-ALM <br><br> Hon. Amos L. Mazzant, III <br><br> Jury Demand |

**NOTICE OF FILING FULLY EXECUTED**
**CLASS ACTION SETTLEMENT AGREEMENT**

Defendant TRS Recovery Services, Inc. hereby gives notice of the filing of the fully executed Class Action Settlement Agreement between the parties, which is attached hereto as Exhibit 1.

Date: April 3, 2018                                              Respectfully Submitted,


*/s/ David R. Esquivel*
David R. Esquivel
TN State Bar No. 021459 (*pro hac vice*)
Elaina S. Al-Nimri
TN State Bar No. 034121 (*pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-0405 facsimile
desquivel@bassberry.com
eal-nimri@bassberry.com

and

Richard E. Harrison
State Bar No. 09119500
HARRISON & HULL, LLP
Attorneys and Counselors
112 West Virginia Street
McKinney, Texas 75069
(214) 585-0094
(214) 585-0942 facsimile
rharrison@harrisonhull.com

*Attorneys for Defendant*
*TRS Recovery Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been electronically filed on April 3, 2018 via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Richard E. Harrison*
Richard E. Harrison

24575295.1